## ANDREW WESTBROOK *versus* RUFUS HATCH AND WILLIAM AUSTIN

JOURNAL ENTRIES (1821-24): *Journal 3:* (1) Rule for special bail or procedendo *p. 198; (2) continued *p. 259; (3) discontinued, judgment for costs *p. 364; (4) judgment for costs rescinded, continued *p. 373; (5) judgment for costs rescinded, continued *p. 376; (6) continued *p. 442; (7) discontinued *p. 505.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) recognizance and bail piece; (5) declaration; (6) plea of nil debet and nul tiel record; (7) stipulation for filing replication; (8) replication; (9) transcript from record of Macomb County Court; (10) copy of recognizance entered into on appeal from John K. Smith, J. P., to Macomb County Court.

*1821 Calendar*, MS p. 21. Recorded in *Book B*, MS pp. 353–57.

## RICHARD SMYTH *versus* AUGUSTUS B. WOODWARD

JOURNAL ENTRIES (1821): *Journal 3:* (1) Leave to withdraw declaration, continued *p. 198; (2) entry of continuance stricken off *p. 219; (3) rule for special bail or procedendo *p. 220; (4) remand by procedendo ordered *p. 240.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) copy of promissory note.

*1821 Calendar*, MS p. 22.